UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RAFAEL A. JONES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV01310 SNLJ |
| | ) | |
| JENNIFER SACHSE, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on the petition for writ of habeas corpus and numerous

supplemental motions by Petitioner Rafael A. Jones. I referred this matter to United

States Magistrate Judge Thomas C. Mummert, III, for a report and recommendation on

all dispositive matters pursuant to 28 U.S.C. § 636(b). On August 18, 2014, Judge

Mummert filed his recommendation that Jones' habeas petition should be dismissed.

No objections to Judge Mummert's Report and Recommendation were filed. After

careful consideration, I will adopt and sustain the thorough reasoning of Judge Mummert

and deny Jones' habeas petition for the reasons stated in the Report and Recommendation

dated August 18, 2014.

Accordingly,

**IT IS HEREBY ORDERED** that Judge Mummert's Report and

Recommendation, #175, filed August 18, 2014 is adopted and sustained in its entirety.

**IT IS FURTHER ORDERED** that all of Petitioner's pending motions and

requests, including those in Documents 158, 159, 161, 162, and 171, are **DENIED** to the

extent they are not related to this federal habeas proceeding, and otherwise are **DENIED** as moot.

**IT IS FURTHER ORDERED** that the 28 U.S.C. § 2254 federal habeas petition of Rafael A. Jones be **DISMISSED without prejudice** without further proceedings to the extent Petitioner presents challenges to the July 2010 probation revocation proceeding and judgments in state case numbers 3429 and 6638 that should be exhausted by presentation through state habeas proceedings.

**IT IS FINALLY ORDERED** that, in all other respects, the 28 U.S.C. § 2254 petition of Rafael A. Jones, #1 is **DISMISSED.**

Dated this 8th day of September, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE